# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3330

_____

Jack L. Jackson,                                    *
                                                    *
          Appellant,                        *
                                                    *   Appeal from the United States
     v.                                         *   District Court for the Eastern
                                                    *   District of Missouri.
Santiago Hallazgo, Dr.; Willie                      *
Plymell, Nurse, also known as                       *        [UNPUBLISHED]
Unknown Willy,                                       *
                                                    *
          Appellees.                        *

_____

Submitted:  March 6, 2002

Filed:  March 11, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Jack L. Jackson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against a nurse and a doctor. Because the summary judgment record confirms that defendants did not know of and disregard Mr. Jackson's serious medical need, his deliberate-indifference claims fail.

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

See <u>Miller v. Schoenen</u>, 75 F.3d 1305, 1309 (8th Cir. 1996) (to establish deliberate indifference, inmate must show both that he had objectively serious medical need and that defendants knew of and disregarded that need).  Further, "[a]n inmate's failure to place verifying medical evidence in the record to establish the detrimental effect of delay in medical treatment precludes a claim of deliberate indifference to medical needs."  <u>Coleman v. Rahija</u>, 114 F.3d 778, 784 (8th Cir. 1997).  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

We also deny Mr. Jackson's motion for appointment of counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS EIGHTH CIRCUIT.